United States District Court
Southern District of Texas
**ENTERED**
August 27, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SALVADOR SEGOVIA JR, | § § § § § § § § § § | CIVIL ACTION NO 4:24-cv-01770 |
| Plaintiff, | | |
| vs. | | JUDGE CHARLES ESKRIDGE |
| SILVIA LEIJA, *et al*, | | |
| Defendants. | | |

## ORDER

Plaintiff Salvador Segovia Jr. has provided notice of settlement of the claims against Defendants Silvia Leija, Adrian Moya and Hippo Burgers LLC. Dkt 12.

All claims by Plaintiff against Defendants are DISMISSED WITH PREJUDICE.

Plaintiff may move within sixty days to reinstate the claims against Defendants if approval of documentation or condition precedent fails.

SO ORDERED.

Signed on August 27, 2024, at Houston, Texas.

*[signature]*
Hon. Charles Eskridge
United States District Judge